

# NUMBER 13-16-00317-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                     **Appellant,**

**v.**

**CHRISTOPHER RAY MALDONADO,**                  **Appellee.**

## On Appeal from the 24th District Court
## of Victoria County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Victoria County, Texas, has filed a motion for stay of proceedings in the above cause. On June 9, 2016, the trial court granted defendant's writ of habeas corpus filed under cause number 16-03-79247-A which dismissed the indictment in trial court cause number 15-10-28976-A. The State has filed a notice of appeal and has requested a stay in the

trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(1), (4) (West, Westlaw through Ch. 46, 2015 R.S.). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
the 18th day of July, 2016.